STATE v. MITCHELL

No. 672A01

Case below: 146 N.C. App. 753

Notice of appeal by defendant pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 31 January 2002.

STATE v. PARKS

No. 644P01

Case below: 146 N.C. App. 568

Motion by the Attorney General to dismiss the appeal for lack of substantial constitutional question allowed 31 January 2002. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. RHEW

No. 642P01

Case below: 146 N.C. App. 751

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002.

STATE v. SAGUILAR

No. 496P01

Case below: 139 N.C. App. 452

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 31 January 2002.

STATE v. SANCHEZ

No. 16P02

Case below: 147 N.C. App. 619

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 31 January 2002. Conditional petition by Attorney General for discretionary review pursuant to G.S. 7A-31 dismissed as moot 31 January 2002.